UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| JOSE GUZMAN, | |
|---|---|
| Plaintiff, | |
| -against- | 1:19-cv-07163-MKV |
| WILLIAM BARR, | ORDER |
| Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/16/2020

MARY KAY VYSKOCIL, United States District Judge:

In response to the spread of COVID-19 (coronavirus), the President of the United States has declared a national emergency, the Governor of New York has banned large gatherings, and the Centers for Disease Control and Prevention and other public health authorities have advised taking precautions to reduce the possibility of exposure to the virus. *In re Coronavirus/COVID-19 Pandemic* [M10-468, 20MISC00155]. Accordingly:

IT IS HEREBY ORDERED that the Initial Pretrial Conference previously scheduled for March 17, 2020 is adjourned sine die.

IT IS FURTHER ORDERED that Defendant may file a motion to dismiss the complaint, pursuant to his Pre-Motion Letter [ECF #8], on or before March 31, 2020. Plaintiff's response to the motion will be due April 30, 2020. Any reply is due fourteen days after Plaintiff's response is filed.

The Clerk is directed to mail a copy of this Order to the Plaintiff. The Defendant is also directed to inform the Plaintiff and his immigration attorney, Mr. Salis, of the contents of this Order by phone

**SO ORDERED.**

Date: March 16, 2020　　　　　　　　　　　　　　MARY KAY VYSKOCIL
New York, NY　　　　　　　　　　　　　　　　　United States District Judge