**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JOSE GUZMAN,

                        Plaintiff,

            -against-                                    19 **CIVIL** 7163 (MKV)

                                                        **JUDGMENT**

WILLIAM BARR, in his capacity as Attorney
General of the United States,

                        Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated January 14, 2021, Defendant's motion to dismiss

Plaintiff's claims is granted and the complaint in this action is dismissed with prejudice;

accordingly, the case is closed.

**Dated:**  New York, New York
        January 14, 2021

                                            **RUBY J. KRAJICK**
                                    _____
                                          **Clerk of Court**

                        **BY:**
                                          **Deputy Clerk**